IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEVONNA CULPEPPER                                                                    PLAINTIFF

V.                                    NO.  4:06cv00180 JWC

DEPARTMENT OF AGRICULTURE                                                DEFENDANT

ORDER

Plaintiff has filed a motion to allow the following additional discovery: (1) allowing Plaintiff to take the deposition of a USDA Rural Development employee, Cheryl Ivy; and (2) requiring Defendant to produce merit promotion announcements from January 1, 2007 to present (doc. 59).  Defendant objects (doc. 63).  The motion is **granted in part and denied in part**.

The motion is **granted** as to the request to take the deposition of Ms. Ivy.  Because trial is set for June 7, 2010, and the discovery period has already been extended three times (docs. 33, 55, 58), the deposition must be completed no later than May 14, 2010, unless the parties agree on a later date.  **No further discovery will be allowed**.

The motion is **denied** as to the additional requests for production.  Plaintiff fails to establish that the documents are relevant or would lead to the discovery of relevant evidence.  Additionally, no persuasive reason is given why this particular request could not have been made during the earlier discovery periods.

IT IS SO ORDERED this 26th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE