IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEVONNA CULPEPPER                                                                         PLAINTIFF

V.                              NO.  4:06cv00180 JWC

DEPARTMENT OF AGRICULTURE                                                     DEFENDANT

### ORDER

The Court has determined that an interpreter is necessary for the Court Trial scheduled to begin June 7, 2010.  Plaintiff is hearing-impaired.  It has been determined that an interpreter who is able to read lips and use Sign Exact English (SEE) is required for this trial.  The Clerk is directed to make the necessary preparations.

IT IS SO ORDERED this 19th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE