IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEVONNA CULPEPPER                                                          PLAINTIFF

V.                                    NO.  4:06cv00180 JWC

DEPARTMENT OF AGRICULTURE                                          DEFENDANT

JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law entered this date, judgment is hereby entered for Defendant, dismissing Plaintiff's complaint in its entirety with prejudice.

IT IS SO ORDERED this 7th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE